UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE: | ) | CASE NO: 19-44696-399 |
|---|---|---|
| ANTONIO L GONZALES | ) | Chapter 13 |
| | ) | |
| | ) | Re: Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges |
| | ) | |
| | ) | |
| | ) | Response Due: December 12, 2019 |
| **Debtor** | ) | |
| | ) | |

**TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES AND NOTICE**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her Objection to the Notice of Post-Petition Fees, Expenses and Charges for Claim 4 states as follows:

The Notice of Post-Petition Fees, Expenses and Charges for Claim 4 filed by Home Point Financial Corporation in the amount of $650.00 should be denied as filed because post-petition attorney fees exceed normal rates for this district. The Trustee seeks an order allowing the notice in the amount of $500.00.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

19-44696 TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORT                              11/21/2019  Page 2

Dated: November 21, 2019                    /s/ Diana S. Daugherty
                                            Diana S. Daugherty
OBJNTCPPF--JS                               Standing Chapter 13 Trustee
                                            P.O. Box 430908
                                            St. Louis, MO  63143
                                            (314) 781-8100  Fax: (314) 781-8881
                                            trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on November 21, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on November 21, 2019.

| | |
|---|---|
| ANTONIO L GONZALES<br>2534 STILLWATER DR<br>O FALLON, MO  63368 | HOME POINT FINANCIAL CORP<br>11511 LUNA RD<br>STE 300<br>FARMERS BRANCH, TX  75234 |
| SOTTILE & BARILE LLC<br>394 WARDS CORNER RD<br>STE 180<br>LOVELAND, OH  45140 | |

                                            /s/ Diana S. Daugherty
                                            Diana S. Daugherty, Chapter 13 Trustee